**Sally A. Kocis, Plaintiff-Appellee, v. Valentine W. Kocis, Defendant-Appellant.**

**Gen. No. 52,349.  (Abstract of Decision.)**

First District, Second Division.

April 16, 1968.

Arthur George, of Chicago, for appellant; Chester L. Chowaniec, of Chicago, for appellee. Opinion by JUSTICE LYONS. Not to be published in full.